```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___11/16/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ADALBERTO VELAZQUEZ,

                Petitioner,

   -against-

UNITED STATES OF AMERICA,

                Respondent.
--------------------------------------------------------X

20-CV-4981 (KMW)
19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On June 22, 2020, Adalberto Velazquez filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2255. (ECF No. 1.) On September 8, 2020, the Government filed its response. (ECF No. 7.)

On or before November 19, 2020, the Government shall confirm that it has served a copy of its response on Mr. Velazquez.

Mr. Velazquez may file a reply on or before December 15, 2020. Absent further order, the petition will be considered fully submitted as of that date.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Velazquez.

SO ORDERED.

Dated: New York, New York
       November 16, 2020

                                    */s/ Kimba M. Wood*
                                    KIMBA M. WOOD
                             United States District Judge