UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ADALBERTO VELAZQUEZ,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Respondent.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/7/21_____

20-CV-4981 (KMW)
19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On June 22, 2020, Adalberto Velazquez filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2255.   (ECF No. 1.)   On September 8, 2020, the Government filed its response.   (ECF No. 7.)   On November 16, 2020, the Court ordered that Mr. Velazquez may file a reply on or before December 15, 2020.   (ECF No. 8.)   On April 6, 2021, however, the Court was informed that Mr. Velazquez did not receive the physical copy of the November 16 Order that was mailed to him by the Clerk of Court.

    Accordingly, it is hereby ORDERED that Mr. Velazquez may file a reply in support of his petition on or before May 28, 2021.   Absent further order, the petition will be considered fully submitted as of that date.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Velazquez at FCI Danbury, where Mr. Velazquez is incarcerated.

    SO ORDERED.

Dated: New York, New York
       April 7, 2021

                                                                  */s/ Kimba M. Wood*
                                                                  KIMBA M. WOOD
                                                    United States District Judge